

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00129-CV

| | | |
|---|---|---|
| MARCEL HOWARD, Appellant | § | On Appeal from the 231st District Court |
| V. | § | of Tarrant County (231-657232-19) |
| | § | August 25, 2022 |
| CASSANDRA LEE HORNE, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Marcel Howard shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker